**\*E-FILED 3/7/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BART LAINE, | NO. C 05-04797 RS |
| Plaintiff, | **ORDER RE STATE OF CALIFORNIA, DEPT. OF FISH AND GAME'S MOTION TO DISMISS** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

    Defendant State of California, by and through its Department of Fish and Game, moves to dismiss the claims against in this action on grounds that the Eleventh Amendment precludes plaintiff from bring those claims in federal court. The Court finds this matter suitable for disposition without oral argument, pursuant to Local Rule 7-1 (b).

    The parties have agreed that dismissal of the State is appropriate; the only question was whether the dismissal should be with or with out prejudice. On March 2, 2006, however, Plaintiff filed a Notice of Dismissal without prejudice as to the state of California, Department of Fish and Game, pursuant to the Federal Rules of Civil Procedure, Rule 41 (a) (1) (i). The effect of that notice was to terminate automatically the action as to the State of California, notwithstanding the pending motion, and to divest the Court of any jurisdiction to impose conditions on the dismissal. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("[e]ven if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1). [Citation] The dismissal is effective on filing and no court order is required."); *Commercial Space*

1  *Management Co., Inc.*, 193 F.3d 1074, 1076 (9th Cir. 1999) ("once a notice of voluntary dismissal is

2  filed, the district court in which the action is pending loses jurisdiction and cannot exercise

3  discretion with respect to the terms and conditions of the dismissal.")

4      Accordingly, the motion is denied as MOOT.  The hearing date is vacated.

6  IT IS SO ORDERED.

7  Dated: 3/7/06

    _____
    RICHARD SEEBORG
8   United States Magistrate Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN DELIVERED TO:**

James Charles Brennan     james.brennan@usdoj.gov,

Claire T. Cormier     claire.cormier@usdoj.gov

Colleen O'Brien     colleen@eastbayattorneys.com, info@eastbayattorneys.com

Troy B. Overton     troy.overton@doj.ca.gov,

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 3/7/06**               **Chambers of Judge Richard Seeborg**

**By:**     **/s/ BAK**