**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**\*E-FILED\***
**March 23, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BART LAINE,                                                    No. C 05-04797 RS

          Plaintiff,

    v.                                                    **ORDER CONTINUING CASE**
                                                     **MANAGEMENT CONFERENCE**

UNITED STATES OF AMERICA, et al.,

          Defendants.
_____/

      At the request of the parties and good cause appearing,

      IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled

matter currently set for March 29, 2006 at 2:30 p.m. is continued to **June 14, 2006 at 2:30 p.m.**  The

parties shall file an updated joint Case Management Conference Statement no later than June 7,

2006.

Dated:  March 23, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Colleen O'Brien, Esq.
Email: colleen@eastbayattorneys.com

James Charles Brennan, Esq.
Email: james.brennan@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: March 23, 2006

_/s/ BAK_____
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California