*E-FILED*
May 23, 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BART LAINE,

        Plaintiff,

  v.

UNITED STATES OF AMERICA, et al.,

        Defendants.
_____/

No. C 05-04797 RS

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

At the request of the parties and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled matter currently set for June 14, 2006 at 2:30 p.m. is continued to **August 16, 2006 at 2:30 p.m.** The parties shall file an updated joint Case Management Conference Statement no later than August 9, 2006.

Dated: May 23, 2006

RICHARD SEEBORG
United States Magistrate Judge

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

3 Colleen O'Brien, Esq.
Email: colleen@eastbayattorneys.com

5 James Charles Brennan, Esq.
Email: james.brennan@usdoj.gov

7 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

9 Dated: May 23, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

2